1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAMUEL WINDHAM, JR.,                        No.  2:15-1058 MCE CKD P

12                    Plaintiff,

13           v.                                   ORDER AND

14    CALIFORNIA MEDICAL FACILITY, et             FINDINGS AND  RECOMMENDATIONS
      al.,
15

16                    Defendants.

17

18           Plaintiff is a state prisoner proceeding pro se.  On May 13, 2015, this action was removed

19    to this court from the Superior Court of Solano County by defendants Sabin and Yun.   On

20    August 26, 2015, the court dismissed plaintiff's complaint with leave to amend.  Plaintiff has now

21    filed an amended complaint.

22           The court is required to screen complaints brought by prisoners where, as here, the

23    prisoner seeks relief against a governmental entity or officer or employee of a governmental

24    entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the

25    prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon

26    which relief may be granted, or that seek monetary relief from a defendant who is immune from

27    such relief.  28 U.S.C. § 1915A(b)(1),(2).

28    /////

                                                   1

1    The court has conducted the required screening and finds that plaintiff's amended

2    complaint states actionable claims for violations of the Eighth Amendment and for negligence in

3    violation of California law against defendants Sabin and Yun.  Plaintiff fails to state a claim

4    against defendant Warden Duffy as plaintiff fails to show that he did anything which proximately

5    caused any of the injuries alleged.

6    In accordance with the above, IT IS HEREBY ORDERED that defendants Sabin and Yun

7    file a responsive pleading concerning plaintiff's remaining Eighth Amendment and negligence

8    claims appearing in plaintiff's amended complaint within fourteen days, or file a document

9    indicating their intent to stand on the answer filed October 5, 2015 within fourteen days.

10   IT IS HEREY RECOMMENDED that defendant Duffy be dismissed.

11   These findings and recommendations are submitted to the United States District Judge

12   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

13   after being served with these findings and recommendations, any party may file written

14   objections with the court and serve a copy on all parties.  Such a document should be captioned

15   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

16   objections shall be served and filed within fourteen days after service of the objections.  The

17   parties are advised that failure to file objections within the specified time may waive the right to

18   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

19   Dated:  January 27, 2016

20   CAROLYN K. DELANEY
21   UNITED STATES MAGISTRATE JUDGE

22

23

24   1
25   wind1058.1

26

27

28

2