UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WINDHAM, JR., | No. 2:15-cv-1058 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff has filed a motion for summary judgment. However, plaintiff has failed to comply with the requirements of Rule 56 of the Federal Rules of Civil Procedure. Most notably, plaintiff has failed to show, or attempt to show, that "there is no genuine dispute as to any material facts and that [plaintiff] is entitled to judgment as a matter of law." Accordingly, plaintiff's motion for summary judgment (ECF No. 23) is denied without prejudice to plaintiff filing a motion for summary judgment that complies with the requirements of Rule 56.

Dated: March 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wind1058.msj