1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SAMUEL WINDHAM, JR.,                        No.  2:15-cv-1058 MCE CKD P

12                 Plaintiff,

13          v.                                    ORDER

14    CALIFORNIA MEDICAL FACILITY, et
      al.,
15
                 Defendants.
16

17

18          On March 31, 2016, plaintiff filed a motion for reconsideration of the magistrate judge's

19    order filed March 11, 2016, denying plaintiff's motion for summary judgment without prejudice

20    to plaintiff filing a motion for summary judgment that complies with the requirements of Rule 56

21    of the Federal Rules of Civil Procedure.  Pursuant to Local Rule 303(f), a magistrate judge's

22    orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire

23    file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous

24    or contrary to law.  The magistrate ordered Plaintiff to file a summary judgment that complies

25    with the requirements of Rule 56 of the Federal Rules of Civil Procedure, and while Plaintiff

26    appears to attempt to correct that inadequacy through the content of his motion for

27    reconsideration, he must file a motion for summary judgment that itself complies with Rule 56.

28    /////

1      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

2  magistrate judge filed March 11, 2016, is affirmed.

3  Dated:  April 20, 2016

4

5                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2