8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | SAMUEL WINDHAM, JR.,          No. 2:15-cv-1058 MCE CKD P

12 |           Plaintiff,

13 |       v.              ORDER

14 | CALIFORNIA MEDICAL FACILITY, et al.,

15

16 |           Defendants.

17       Plaintiff has filed a motion seeking leave to proceed in forma pauperis on appeal. Plaintiff

18 has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

19 Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis on

20 appeal (ECF No. 81) is granted.

21 Dated: November 21, 2017

22                       _____
                      CAROLYN K. DELANEY
23                       UNITED STATES MAGISTRATE JUDGE

24

25

26 1
wind1058.ifp
27

28